UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK A. MCCLURE, | ) |
| Plaintiff, | ) ) ) |
| vs. | )   No. 1:12-cv-00571-TAB-RLY ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

The Court, having found in favor of Defendant Carolyn W. Colvin and against Plaintiff Mark A. McClure, enters judgment in favor of the Defendant and against Plaintiff. Accordingly, the decision of the Commissioner is affirmed.

Dated:  8/23/2013

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Frederick J. Daley, Jr.
DALEY DEBOFSKY & BRYANT
fdaley@fdaleylaw.com

Meredith E. Marcus
DALEY DISABILITY LAW, P.C.
601 W. Randolph Street, Suite 300
Chicago, IL 60661

Javitt Adili
SOCIAL SECURITY ADMINISTRATION
javitt.adili@ssa.gov

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov